UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

DAVID YOUNG :
and
KAREN YOUNG :
Both of:
  8719 Sundale Drive :
  Silver Spring, MD 20910
:
     Plaintiffs
:
vs.                                                 Civil Case No. _____
:
UNITED STATES OF AMERICA
Serve:
:
    Jessie K. Liu
    United States Attorney
    555 4th Street, N.W. :
    Washington, D.C.  20530
:
Serve Also:
    William Barr
    Attorney General :
    Department of Justice
    950 Pennsylvania Avenue, N.W. :
    Washington, D.C. 20530
:
and
:
RESTAURANT ASSOCIATES, LLC
31 Penn Plaza :
132 West 31st Street 6th Floor
New York, NY 10001
Serve: :
    Corporation Services Company, Inc. :
    Registered Agent
    1201 Hayes Street :
    Tallahassee, Florida 32301-2699
:
and

| | |
|---|---|
| COMPASS GROUP, LLC<br>126 E. 56th Street - 20th Floor<br>New York, NY 10022-3613<br>Serve:<br>    CT Corporation System<br>    Registered Agent<br>    1633 Broadway<br>    New York, NY 10019-6708<br>        Defendants. | :<br>:<br>:<br>:<br>:<br>: |

## COMPLAINT

1.    Jurisdiction against the United States of America ("USA") is vested in this Court pursuant to the Federal Tort Claims Act, 28 U.S.C. §1346(b), 2671, et seq.; Jurisdiction against Restaurant Associates, LLC and/or Compass Group, LLC (hereinafter collectively referred to as "Restaurant") is based upon pendant jurisdiction.

2.    On April 4, 2019, Plaintiffs, David Young and Karen Young, filed notifications of claims against the USA pursuant to the Federal Tort Claims Act.

3.    By letter dated May 14, 2019, Craig Blackwell, Associate General Counsel, Office of General Counsel, Smithsonian Institution, sent Plaintiff's counsel a Notice of Final Denial of Claims.

4.    In the above referenced Notice of Final Denial of Claims, Mr. Blackwell stated that Plaintiffs' claims should be directed to Restaurant Associates, LLC, the company which had responsibility for the operation of the café and its kitchen, in which plaintiff David Young alleges he slipped and fell.

5.    Plaintiffs have exhausted all their administrative remedies.

## COUNT I - Negligence

6. Plaintiffs incorporate by reference herein each and every allegation contained in paragraphs numbered 1 through 5 of the Complaint.

7. At all times herein mentioned, defendant USA was doing business in the District of Columbia; in this regard it owned, operated and maintained the National Museum of African American History & Culture ("Museum") in Washington, D.C.

8. At all times herein mentioned, Restaurant operated the café and the kitchen at the Museum. This was pursuant to a contract with the USA/Museum.

9. At all times herein mentioned, defendants, USA and Restaurant, had a duty to maintain the Museum, including the area encompassing the loading dock, kitchen, cafeteria and dishwasher room, in a condition that was safe for workers and employees at the Museum as well as visitors and those individuals, such as plaintiff, who were authorized to be on the premises; this included protecting these workers and employees from wet slippery floors.

10. On or about Tuesday January 9, 2018, Plaintiff David Young was at the Museum having been retained to work on the fire alarm system in the dishwasher room at the Museum.

11. While walking from the loading dock through the kitchen to the cafeteria, Mr. Young slipped and fell on a wet floor.

12. After slipping and falling, Mr. Young noticed clear water on the floor; this had not been visible to him while he was walking.

13. Once he got up from the floor, Mr. Young saw someone with a mop and a bucket. This person was about twenty (20) feet from him.

14. At the time that Mr. Young slipped and fell, there were no signs posted to warn anyone that the floor was wet nor were there any mats placed on the floor.

15. The floor on which plaintiff slipped and fell was under the control of Defendants, their servants, agents and/or employees, and under the exercise of reasonable care, said Defendants knew or should have known that the floor was wet, slippery, hazardous, in a dangerous condition and unsafe for persons walking on it.

16. This incident would not have occurred but for the fact that defendants, USA and Restaurant, acting through their respective agents, servants and employees, negligently failed to provide a floor surface safe for workers such as Mr. Young under all conditions, negligently failed to properly inspect and maintain the floor in a safe condition, negligently failed to block off the area of wet floor, negligently failed to post warnings that the floor was wet, negligently failed to place rugs or mats on the floor to allow safe passage while the floor was wet and negligently allowed workers such as Mr. Young to walk over a slippery dangerous floor.

17. As a direct and proximate result of the aforesaid negligence, Mr. Young suffered injury to all parts of his body, some of which are believed to be permanent, especially to his neck and back, underwent lumbar spine surgery, suffered and will suffer great pain of body and mind, incurred and will incur medical and out-of-pocket expenses, lost and will lose time from his employment, and, as a result, has been damaged in the amount of $2,000,000.00.

WHEREFORE, the premises considered, Plaintiff David Young demands judgment against Defendants, United States of America, Restaurant Associates, LLC

and Compass Group, LLC, jointly and severally, in the amount of $2,000,000.00, plus costs and interest.

### COUNT II - Loss of Consortium

18.   Plaintiffs incorporate by reference herein each and every allegation contained in paragraphs numbered 1 through 17 of the Complaint.

19.   Plaintiffs, David Young and Karen Young, are husband and wife and were so as of January 9, 2018 when David Young was injured.

20.   The aforesaid negligence of Defendants caused Plaintiff Karen Young to suffer a loss of consortium to the detriment of her marital relationship, loss of social, sexual and spiritual companionship of her spouse and she has therefore been damaged in the amount of $200,000.00.

WHEREFORE, the premises considered, Plaintiff Karen Young demands judgment against Defendants, United States of America, Restaurant Associates, LLC and/or Compass Group/Restaurant Associates, jointly and severally, in the amount of $200,000.00, plus costs and interest.

CADEAUX, TAGLIERI & NOTARIUS, P.C.

/s/ James W. Taglieri
James W. Taglieri         #229880
Attorney for Plaintiffs
1100 Connecticut Avenue, N.W. - Suite 730
Washington, D.C. 20036
Telephone (202) 785-3373
E-mail: jim.t@cadotag.com

## **JURY DEMAND**

Plaintiffs demand a trial by a jury as to all issues involved herein with respect to Defendants Restaurant Associates, LLC and Compass Group, LLC.

                                                                        /s/ James W. Taglieri
                                                                       James W. Taglieri
                                                                       Attorney for Plaintiff